CORNERSTONE CONDOMINIUM ASSN. v. O'BRIEN

[336 N.C. 307 (1994)]

CORNERSTONE CONDOMINIUM ASSOCIATION, INC. v. PATRICK O'BRIEN
AND WIFE, PATRICIA O'BRIEN

No. 512A93

(Filed 6 May 1994)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 112 N.C. App. 527, 435 S.E.2d 818 (1993), reversing the trial court's judgment for plaintiff entered by Horton, J., at the 8 July 1992 Civil Session of District Court, Cabarrus County, and remanding for entry of judgment in favor of defendants. Heard in the Supreme Court 13 April 1994.

*Ferguson and Scarbrough, P.A., by James E. Scarbrough, for plaintiff-appellant.*

*Johnson, Roberts & Hastings, by James C. Johnson, Jr., for defendant-appellees.*

PER CURIAM.

For the reasons stated in the dissent below, the decision of the Court of Appeals is reversed. The case is remanded to the Court of Appeals for further remand to the District Court, Cabarrus County, for reinstatement of the trial court's order allowing judgment for plaintiff.

REVERSED AND REMANDED.